# D & V Legal Advertising, LLC

26 Court Street-Suite 903
Brooklyn, New York 11242
Telephone: (718) 875-9677

# Invoice

Number: 112614

Date: October 06, 2014

**Bill To:**

Samuel Mizrahi
Windels Marx Lane & Mittendorf, LLC
120 Albany Street Plaza
New Brunswick, N.J. 08901

**Ship To:**

| Description | Amount |
|---|---|
| The Community Preservation v. Hancock Street SML LLC | 10,676.50 |
| Oct 30, 2014 at 2:30 pm | |
| 504068/13 | |
| Jewish Herald | |
| Sep 26, Oct 3, 10, 17, 2014 | |
| **Total** | **$10,676.50** |

**TERMS NET 30**

*Newspapers will forward Affidavits of Publication upon receipt of payment.*

*Prompt payment will be greatly appreciated.*

*Thank you for your business!*