# EXHIBIT "B"



**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
United States
516-545-0343

**JFK YYZ Inc.**

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 01190 |
| **Invoice Date** | February 02, 2016 |
| **Payment Terms** | |
| **Due Date** | February 02, 2016 |

## Rochester Foreclosure and Bankruptcy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/28/2016 | AF | Standard | File motions to object to debtor's fees and supplement our fees. | 250.00 | 1.2 | 300.00 |
| 01/28/2016 | AF | Standard | Work re: bidders and Auction. | 250.00 | 0.5 | 125.00 |
| 01/29/2016 | AF | Standard | Prepare for auction. | 250.00 | 1.5 | 375.00 |
| 01/29/2016 | EMN | Standard | corr. GC/HPD; conf/corr AH; prep for sales | 300.00 | 2.0 | 600.00 |
| 01/31/2016 | EMN | Standard | Prepare for hearing/auction; corr clients | 300.00 | 1.0 | 300.00 |
| 02/01/2016 | EMN | Standard | Sale | 300.00 | 9.0 | 2700.00 |
| 02/01/2016 | AF | Standard | Preparation and appearance for auction; calculation of amounts owed. | 250.00 | 8.5 | 2125.00 |
| 02/02/2016 | AF | Standard | Prepare proposed order for Fees. | 250.00 | 0.3 | 75.00 |
| | | | | Totals: | **24.0** | **$6,600.00** |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 12/10/2015 | EMN | Standard | TMS Invoice 825219 for Mailing Eastern District Order | 331.00 | 1.0 | 331.00 |
| 12/10/2015 | EMN | Standard | TMS Invoice 825220 for Mailings of Eastern District Order | 301.00 | 1.0 | 301.00 |
| 12/10/2015 | EMN | Standard | TMS Invoice 825221 for mailing Affidavits | 325.00 | 1.0 | 325.00 |
| 12/10/2015 | EMN | Standard | TMS Invoice 825222 for Mailing Affidavits | 225.00 | 1.0 | 225.00 |
| 12/10/2015 | EMN | Standard | TMS Invoice 825223 for Mailing Affidavits | 539.00 | 1.0 | 539.00 |
| 12/10/2015 | EMN | Standard | TMS Invoice 825224 for Affidavits of Mailing | 575.00 | 1.0 | 575.00 |
| 02/01/2016 | AF | Standard | Federal express to Ching and Feldman | 22.36 | 1.0 | 22.36 |

| 02/02/2016 | EMN | Standard | Parking | 32.00 | 1.0 | 32.00 |

| | Expense Total: | **$2,350.36** |
|---|---:|---:|

### Unpaid Invoice Balance Forward

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|---|---|---|---|---:|
| 01170 | $11,666.00 | $0.00 | -- | 11666.00 |
| 01171 | $600.00 | $0.00 | -- | 600.00 |
| 01107 | $78,745.46 | $0.00 | 12/31/2015 | 78745.46 |

| | Balance Forward: | **$91,011.46** |
|---|---:|---:|

| | |
|---:|---:|
| Time Entry Sub-Total: | 6,600.00 |
| Expense Sub-Total: | 2,350.36 |
| **Sub-Total:** | 8,950.36 |
| Balance Forward: | 91,011.46 |
| **Total:** | 99,961.82 |
| **Amount Paid:** | 99,961.82 |
| **Balance Due:** | **$0.00** |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | 02/16/2016 | Other | $99,961.82 | Evan M Newman (Attorney) | Operating Account |



**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
United States
516-545-0343

**JFK YYZ Inc.**

| | |
|---|---|
| **Balance Forwarded** | $11,989.07 to #01298 |
| **Invoice #** | 01226 |
| **Invoice Date** | March 07, 2016 |
| **Payment Terms** | |
| **Due Date** | March 07, 2016 |

## Rochester Foreclosure and Bankruptcy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/02/2016 | AF | Standard | Tel. call with AH re: amounts collected; corr. with title company re: water bill. | 250.00 | 0.1 | 25.00 |
| 02/02/2016 | EMN | Standard | conf. AH; work on orders, corr. GC re: water. | 300.00 | 1.2 | 360.00 |
| 02/03/2016 | AF | Standard | Prepare orders re: sales. COrr. with purchaser for Lafayette. | 250.00 | 1.3 | 325.00 |
| 02/03/2016 | AF | Standard | Tel. call with Aubrey - investigator re: Rochester. | 250.00 | 0.2 | 50.00 |
| 02/03/2016 | EMN | Standard | work on orders; corr./conf MK re: rochester | 300.00 | 1.0 | 300.00 |
| 02/04/2016 | EMN | Standard | corr. re: water and rochester | 300.00 | 0.6 | 180.00 |
| 02/08/2016 | EMN | Standard | conf. clients; work on letter to court | 300.00 | 3.0 | 900.00 |
| 02/09/2016 | AF | Standard | Corr. to purchaser for Macon. | 250.00 | 0.1 | 25.00 |
| 02/09/2016 | AF | Standard | Tel. call with Aubrey Weeks (investigator); tel. call with Alan Bernstein (Vernon Hill's attorney); Tel .call with Corey Johnson (Occupant); tel call with court re: OSC; work re: OSC for Rochester; | 250.00 | 2.8 | 700.00 |
| 02/09/2016 | EMN | Standard | work on OTSC: conf. various tenants | 300.00 | 2.3 | 690.00 |
| 02/10/2016 | AF | Standard | Tel. call with court re: Rochester; work re: OSC. | 250.00 | 1.3 | 325.00 |
| 02/10/2016 | EMN | Standard | conf. AH/MK; prep for hearing; work on motion | 300.00 | 1.8 | 540.00 |
| 02/11/2016 | AF | Prior Time | Tel. call with court; tel call with AH; prepare OSC re: credit bid and rochester. | 250.00 | 5.0 | 1250.00 |
| 02/11/2016 | EMN | Standard | conf with court; draft OTSCs (mod. bid - .3); conf. clients | 300.00 | 3.5 | 1050.00 |
| 02/12/2016 | AF | Standard | OSC and service. | 250.00 | 0.4 | 100.00 |
| 02/12/2016 | EMN | Standard | serve motions; discuss closing with MJ; conf. SH; review waterbills | 300.00 | 2.2 | 660.00 |

| 02/15/2016 | EMN | Standard | conf. SH; MJ; corr. same: re: closing | 300.00 | 0.4 | 120.00 |
| 02/16/2016 | AF | Standard | Corr. with City re: water for Rochester. | 250.00 | 0.1 | 25.00 |
| 02/16/2016 | EMN | Standard | corr. re: water; conf/corr re: closings | 300.00 | 1.0 | 300.00 |
| 02/17/2016 | EMN | Standard | corr/conf re: sales | 300.00 | 0.4 | 120.00 |
| 02/18/2016 | AF | Standard | Discuss with MJ re: closings. | 250.00 | 0.1 | 25.00 |
| 02/18/2016 | EMN | Standard | conf. Gabby; prep for closings | 300.00 | 0.5 | 150.00 |
| 02/22/2016 | AF | Standard | Tel. call with AH; discuss with MJ. | 250.00 | 0.2 | 50.00 |
| 02/23/2016 | EMN | Standard | corr. re: closings; meet A. Bernstein | 300.00 | 1.0 | 300.00 |
| 02/24/2016 | EMN | Standard | review water motion; work on opp; work on bernstein aff | 300.00 | 1.0 | 300.00 |
| 02/25/2016 | EMN | Standard | work on water issue; coordinate closings; conf/corr AH | 300.00 | 1.0 | 300.00 |
| 02/25/2016 | AF | Standard | Prepare affirmation re:water motion. | 250.00 | 0.6 | 150.00 |
| 02/29/2016 | AF | Standard | Work re: water board affirmation. | 250.00 | 0.4 | 100.00 |
| 03/01/2016 | AF | Standard | File opp to water board motion. | 250.00 | 0.4 | 100.00 |
| 03/02/2016 | EMN | Standard | prep for and attend conference | 300.00 | 5.0 | 1500.00 |
| 03/03/2016 | AF | Standard | Work re: order and stip. | 250.00 | 0.3 | 75.00 |
| 03/03/2016 | EMN | Standard | prep ford stip; rochester order; assist in closings | 300.00 | 2.3 | 690.00 |
| 03/03/2016 | AF | Standard | Work re: closings (Lafayette and Quincy) | 250.00 | 0.5 | 125.00 |
|  |  |  | Totals: |  | **42.0** | **$11,910.00** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/03/2016 | EMN | Standard | FedEx checks for DeKalb to Sophie Zak | 18.43 | 1.0 | 18.43 |
| 02/10/2016 | AF | Standard | Conference call fee | 30.00 | 1.0 | 30.00 |
| 02/12/2016 | EMN | Standard | Mailing of OSC re Credit Bid to Sharon Scott | 1.64 | 1.0 | 1.64 |
| 03/02/2016 | EMN | Standard | Train to court | 11.00 | 1.0 | 11.00 |
| 03/03/2016 | AF | Standard | fedex to citibank for checks from closings | 18.00 | 1.0 | 18.00 |
|  |  |  |  | Expense Total: |  | **$79.07** |

| | |
|---|---|
| Time Entry Sub-Total: | 11,910.00 |
| Expense Sub-Total: | 79.07 |
| **Sub-Total:** | 11,989.07 |
| **Total:** | 11,989.07 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$11,989.07** |
| Balance Forwarded to Invoice #01298 | |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
| --- | --- | --- | --- | --- | --- |
| Balance Forwarded | 04/01/2016 | -- | $11,989.07 | Evan M Newman (Attorney) | -- |



**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
United States
516-545-0343

**JFK YYZ Inc.**

| | |
|---|---|
| **Balance Forwarded** | $17,219.83 to #01363 |
| **Invoice #** | 01298 |
| **Invoice Date** | April 01, 2016 |
| **Payment Terms** | |
| **Due Date** | April 01, 2016 |

## Rochester Foreclosure and Bankruptcy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 03/07/2016 | EMN | Standard | review GA opp; conf. AH; review orders | 300.00 | 0.5 | 150.00 |
| 03/08/2016 | EMN | Standard | Prep for hearing' corr. GC and clients; calculate distributions; corr. with HPD and IN | 300.00 | 3.0 | 900.00 |
| 03/08/2016 | AF | Standard | Prepare calculations of amounts in the Estate; Tel. call with SH, | 250.00 | 1.2 | 300.00 |
| 03/09/2016 | AF | Prior Time | Macon Closing. | 250.00 | 0.2 | 50.00 |
| 03/09/2016 | EMN | Standard | prep and attend conference; conf/corr client/ broker | 300.00 | 4.4 | 1320.00 |
| 03/10/2016 | EMN | Standard | conf AH; work on order | 300.00 | 1.3 | 390.00 |
| 03/10/2016 | AF | Standard | Prepare Order; calculate amounts owed. | 250.00 | 2.0 | 500.00 |
| 03/10/2016 | AF | Prior Time | Work re: Broker Motion. | 250.00 | 0.5 | 125.00 |
| 03/11/2016 | EMN | Standard | finalize order; conf./corr AH and GC | 300.00 | 0.7 | 210.00 |
| 03/11/2016 | AF | Standard | Work re: Rochester Order; circulate and upload. | 250.00 | 1.1 | 275.00 |
| 03/14/2016 | EMN | Standard | conf/corr MK and AH re: cyclops and rochester | 300.00 | 0.4 | 120.00 |
| 03/16/2016 | AF | Standard | Tel. call to Court re: order. | 250.00 | 0.1 | 25.00 |
| 03/16/2016 | EMN | Standard | conf/corr clients IN and GC re: water and status | 300.00 | 0.3 | 90.00 |
| 03/17/2016 | AF | Standard | Work re: Broker Motion; tel. call to Court re: order to pay JFK. | 250.00 | 0.8 | 200.00 |
| 03/17/2016 | EMN | Standard | conf/corr re; order and DEP/Water | 300.00 | 0.3 | 90.00 |
| 03/21/2016 | AF | Standard | Corr. with Kyle. | 250.00 | 0.2 | 50.00 |
| 03/23/2016 | AF | Standard | File Broker Motion. | 250.00 | 0.6 | 150.00 |
| 03/28/2016 | EMN | Standard | review scott motion; corr. re: closing adjustments; corr. G. Cacucci re: water/credits | 300.00 | 0.5 | 150.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---:|---:|---:|
| 03/30/2016 | AF | Standard | Calculation of amounts in account for Trustee. | 250.00 | 0.4 | 100.00 |
| | | | Totals: | | **18.5** | **$5,195.00** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---:|---:|---:|
| 03/09/2016 | EMN | Standard | travel to court | 15.00 | 1.0 | 15.00 |
| 03/11/2016 | EMN | Standard | FedEx of Suri Stark's check to Signature Bank | 12.46 | 1.0 | 12.46 |
| 03/23/2016 | EMN | Standard | Mailing of Notice of Hearing to Sharon Scott | 0.98 | 1.0 | 0.98 |
| 04/01/2016 | EMN | LEXIS | | 7.32 | 1.0 | 7.32 |
| | | | | | Expense Total: | **$35.76** |

**Unpaid Invoice Balance Forward**

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|---|---|---|---|---:|
| 01226 | $11,989.07 | $0.00 | 03/07/2016 | 11989.07 |

| | Balance Forward: | **$11,989.07** |
|---|---|---:|

| | |
|---|---:|
| Time Entry Sub-Total: | 5,195.00 |
| Expense Sub-Total: | 35.76 |
| **Sub-Total:** | **5,230.76** |
| Balance Forward: | 11,989.07 |
| **Total:** | 17,219.83 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$17,219.83** |
| Balance Forwarded to Invoice #01363 | |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | 05/05/2016 | -- | $17,219.83 | Evan M Newman (Attorney) | -- |



**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
United States
516-545-0343

**JFK YYZ Inc.**

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 01363 |
| **Invoice Date** | May 05, 2016 |
| **Payment Terms** | |
| **Due Date** | May 06, 2016 |

## Rochester Foreclosure and Bankruptcy

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 04/04/2016 | AF | Standard | Tel. call with Court re: Scott's OSC. | 250.00 | 0.1 | 25.00 |
| 04/06/2016 | AF | Standard | Tel. call conference re: OSC for Water. | 250.00 | 0.7 | 175.00 |
| 04/06/2016 | EMN | Standard | court conf. re: Sharon Scott | 300.00 | 1.0 | 300.00 |
| 04/13/2016 | AF | Standard | Tel. call to IRS and DOF re: proof of claim | 250.00 | 0.3 | 75.00 |
| 05/02/2016 | AF | Standard | Discuss with AH re: rochester closing; IRS and DOF claims. | 250.00 | 0.2 | 50.00 |
| 05/03/2016 | EMN | Standard | conf. MK re; closing; review water bill | 300.00 | 0.3 | 90.00 |
| 05/04/2016 | AF | Standard | calculations of amounts remaining in account. | 250.00 | 0.2 | 50.00 |
| | | | | Totals: | 2.8 | $765.00 |

### Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 04/04/2016 | AF | Standard | Tel. conference (Sharon Scott Motion) | 35.00 | 1.0 | 35.00 |
| | | | | Expense Total: | | $35.00 |

### Unpaid Invoice Balance Forward

| Invoice # | Invoice Total | Amount Paid | Due Date | Balance Forward |
|---|---|---|---|---|
| 01298 | $17,219.83 | $0.00 | 04/01/2016 | 17219.83 |

Balance Forward: **$17,219.83**

|  |  |
|---|---:|
| Time Entry Sub-Total: | 765.00 |
| Expense Sub-Total: | 35.00 |
| **Sub-Total:** | 800.00 |
| Balance Forward: | 17,219.83 |
| **Total:** | 18,019.83 |
| **Amount Paid:** | 18,019.83 |
| **Balance Due:** | **$0.00** |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | 05/07/2016 | Other | $18,019.83 | Evan M Newman (Attorney) | Operating Account |



**Newman Law, P.C.**
377 Pearsall Avenue, Suite C
Cedarhurst, NY 11516
United States
516-545-0343

**JFK YYZ Inc.**

| | |
|---|---|
| **Balance Forwarded** | $285.00 to #01573 |
| **Invoice #** | 01437 |
| **Invoice Date** | May 29, 2016 |
| **Payment Terms** | |
| **Due Date** | May 31, 2016 |

**Rochester Foreclosure and Bankruptcy**

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 05/10/2016 | AF | Standard | Work re: numbers. | 250.00 | 0.3 | 75.00 |
| 05/11/2016 | EMN | Standard | prep numbers; conf. AH; prep for hearing | 300.00 | 0.7 | 210.00 |
| | | | | Totals: | **1.0** | **$285.00** |

| | |
|---|---|
| Time Entry Sub-Total: | 285.00 |
| **Sub-Total:** | 285.00 |
| **Total:** | 285.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$285.00** |
| Balance Forwarded to Invoice #01573 | |

## Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Balance Forwarded | 07/05/2016 | -- | $285.00 | Evan M Newman (Attorney) | -- |